IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00102-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BILLY PAUL HURST,

    Defendant.

## ORDER TO RESPOND TO NOTICE OF TRANSFER

THIS MATTER is before the Court on the government's Notice of Selection of Psychologist for Competency Evaluation (Dkt. # 86).  Defense counsel shall respond no later than 5:00 p.m. Friday, December 23, 2005 to the government's request to "permit the defendant to be transported to FDC-Seatac for the examination in accordance with the Court's order . . . for the purpose of [an] evaluation" by Dr. Cynthia Low.

    DATED: December 16, 2005

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*

                                    Phillip S. Figa
                                    United States District Judge