IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-102-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BILLY PAUL HURST,

    Defendant.

## ORDER SETTING STATUS CONFERENCE

The Court hereby ORDERS that all counsel shall appear in Courtroom A-602 for a status conference on **Monday, March 20, 2006 at 9:00 a.m.** Defendant Hurst need not be present at the status conference. However, if Defendant Hurst desires to be present, defendant's counsel should make arrangements between the facility where the defendant is in custody and the Automation Services Office of the U.S. District Court in Denver (303-335-2020) for Defendant Hurst to appear by telephone or video conferencing.

    DATED:  January 10, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*
                                                _____
                                                Phillip S. Figa
                                                United States District Judge