IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00102-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BILLY PAUL HURST,

    Defendant.

_____

## ORDER TO SET MOTION HEARING
_____

The Court having reviewed the Competency Evaluation Report prepared by Karen V. Fukutaki, M.D., a hearing is hereby set on Defendant's Motion for Determination of Competency to Stand Trial (Dkt. # 73) on **Friday, March 17, 2006, at 2:30 p.m.  The defendant's presence is required.** It is

FURTHER ORDERED that the parties shall file any further responsive written arguments or other materials regarding this matter no later than March 10, 2006.

DATED: February 8, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge