IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00102-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BILLY PAUL HURST,

    Defendant.

---

## ORDER GRANTING MOTION TO CONTINUE MOTIONS HEARING

---

Defendant's Unopposed Motion to Continue Motions Hearing Scheduled for April 5, 2006 (Dkt. # 109) is GRANTED. It is hereby

ORDERED that the motions hearing set for April 5, 2006 is VACATED. Counsel for the government and the defendant are DIRECTED to call Chambers on a conference call (303-335-2174) **no later than noon Friday, April 7, 2006** to set a new motions hearing date.

DATED: April 4, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge