IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00102-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BILLY PAUL HURST,

    Defendant.

## ORDER TO RESET MOTIONS HEARING

By Order dated April 4, 2006, the Court continued the motions hearing set for April 5, 2006.  Pursuant to a conference call between counsel and chambers staff, the Court hereby ORDERS that the motions hearing is RESET for **April 21, 2006 at 9:30 a.m.**  The Court FURTHER ORDERS that any subpoena issued for the hearing set for April 5, 2006 shall be continued through April 21, 2006

    DATED: April 5, 2006

        BY THE COURT:

        *s/ Phillip S. Figa*
        _____
        Phillip S. Figa
        United States District Judge