UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00102-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BILLY PAUL HURST,

    Defendant.

## ORDER GRANTING MOTION FOR AUTHORIZATION FOR DEFENSE COUNSEL TO ACCESS EXPARTE FILINGS BY PRIOR COURT-APPOINTED COUNSEL

Defendant's Motion for Authorization for Defense Counsel to Access Exparte Filings by Prior Court-Appointed Counsel (Dkt. #114) is GRANTED. It is hereby

ORDERED that defendant's current court-appointed counsel, Martha H. Eskesen, is authorized to have access to exparte filings by Mr. Hurst's prior court appointed counsel in this case and the Court's rulings on those exparte filings. Those filings include Dkt. ## 30, 31, 32, 34, 39, 40, 41, 42, 43, and 46.

DATED: April 10, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge