IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00102-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BILLY PAUL HURST,

      Defendant.

---

## ORDER TO RESET CHANGE OF PLEA HEARING

---

      The Government's Motion to Reset Change of Plea Hearing (Dkt. # 146), filed May 23, 2006 is GRANTED.  The change of plea hearing set for May 26, 2006 at 2:00 p.m. is RESET for May 26, 2006 **at 11:00 a.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than noon on May 25, 2006.**

      DATED: May 24, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*

                              _____

                              Phillip S. Figa
                              United States District Judge