IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00102-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BILLY PAUL HURST,

      Defendant.

---

## ORDER TO RESET SENTENCING

---

This matter is before the Court *sua sponte.* The sentencing in this matter,

currently set for August 25, 2006, is RESET to **Wednesday, August 23, 2006 at**

**8:30 a.m.**

      DATED: July 19, 2006

BY THE COURT:


*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge